UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTONIO NOEL | * | CIVIL ACTION NO.: 16-00051 |
| | * | |
| VERSUS | * | JUDGE MARY ANN LEMMON |
| | * | |
| LOUISIANA BAIT PRODUCTS, LLC, | * | MAG. DANIEL E. KNOWLES |
| AND OMEGA PROTEIN, INC. | * | |

**RULE 26(a)1 REPORT OF LOUISIANA BAIT PRODUCTS, LLC**

COMES NOW, by and through undersigned counsel, pursuant F.R.C.P. 26(a), Defendant, Louisiana Bait Products, LLC, who makes the following initial disclosures. These disclosures are based on information reasonably available to Defendant at this time. Should Defendant acquire additional information, Defendant will supplement these disclosures as required by F.R.C.P. 26(e).

**A.**     **Rule 26(a)(1)(A) Required Disclosure**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment identifying the subjects of information:

**Response:**

1. Antonio Noel;

2. Samuel Noel;

3. Lensley Cox;

4. Austin Owens;

    5.    Any expert in any field who has, may, or will be retained in the future;

    6.    Any witness identified during discovery;

    7.    Any witness necessary for impeachment; and

    8.    Any and all persons identified by any other party to these proceedings.

**B.**    **Rule 26(a)(1)(B) Required Disclosure**

A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response**

    1.    Statement of Antonio Noel;

    2.    Wage records of Antonio Noel;

    3.    F/V Injury/Incident Report;

    4.    Any medical records of plaintiff's treating physicians, medical care providers, pharmacists, physical therapists, and/or medical experts, past, present and future;

    5.    Relevant documents identified in the discovery process; and

    6.    Any and all exhibits or tangible items identified by any other party to these proceedings.

**C.**    **Rule 26(a)(1)(c) Required Disclosure**

A computation of any category of damages claimed by the disclosing party, making available for inspection or copying as under Rule 34 the documents of other evidentiary

material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response**

Does not apply to these Defendants.

**D.**     **Rule 26(a)(1)(D) Required Disclosure**

For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be rendered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response**

There is P&I insurance for the F/V LEWIS BOYS.

Defendants reserve the right to supplement these Initial Disclosures as discovery is on-going.

Respectfully submitted,

/s/  Rufus C. Harris, III
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
JILL S. WILLHOFT (#28990)
CINDY GALPIN MARTIN (25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone:  (504) 525-7500
Attorneys for Lewis Boys, LLC, Louisiana Bait Products, LLC and Omega Protein, Inc.

3

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via telefax, this 7th day of June, 2016.

/s/ Rufus C. Harris, III
RUFUS C. HARRIS, III